UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY BURROUGHS TRAVERS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 25-2996 (TSC) |

## NOTICE OF APPEARANCE

Defendant respectfully request that the Clerk of the Court enter the appearance of the undersigned counsel, Zachary Krizel, on behalf of Defendant in this matter.

Dated: September 8, 2025

Respectfully submitted,

By: */s/ Zachary J. Krizel*
ZACHARY J KRIZEL, III, BAR #6346175
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: 202-252-2518
Zachary.Krizel@usdoj.gov

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2025, I caused a true copy of the foregoing document to be served on the *pro se* plaintiff via certified U.S. mail, at the following address:

> Tracy Burroughs Travers
> Pro Se
> 15615 Birmingham Circle
> Brandywine, MD 20613

>     */s/ Zachary J. Krizel*
> ZACHARY J. KRIZEL, III
> Assistant United States Attorney