UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY BURROUGHS TRAVERS,

*Plaintiff*,

v.

UNITED STATES OF AMERICA,

*Defendant*.

Civil Action No. 25-2996 (TSC)

## DEFENDANT'S STATUS REPORT AND REQUEST TO STAY PROCEEDINGS

Defendant United States of America ("Defendant"), by and through undersigned counsel, hereby submits this status report to update the Court on the status of service in this matter.

On June 5, 2025, Plaintiff, pro se, filed a complaint in the Superior Court of the District of Columbia against Morgan C. Kane ("Kane"), asserting a claim of wrongful termination. *See* ECF No. 1.  On September 4, 2025, the Defendant removed this matter to this Court and substituted itself in place of Kane in this matter. *Id.*

To date, Plaintiff has not effectuated proper service of process on the United States Attorney's Office for the District of Columbia, as required. *See* Fed. R. Civ. P. 4(i)(1).  Without proper service, the United States has not been placed under a legal obligation to respond to the Plaintiff's complaint, and no responsive pleading deadline has been triggered.  Considering Plaintiff's failure to complete service, and in the interest of judicial economy, Defendant respectfully proposes that the Court stay proceedings in this matter until Plaintiff effectuates service.

Defendant reserves all defenses, including those under Fed. R. Civ. P. Rule 12, and does not waive any rights by submitting this status report.

- 2 -

Dated:  September 9, 2025
      Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Zachary J. Krizel*
    ZACHARY J. KRIZEL
    Assistant United States Attorney
    601 D Street, NW
    Washington, D.C. 20530
    (202) 252-2518
    Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I caused a true and correct copy of the foregoing Status Report and Request to Stay Proceedings to be served upon Plaintiff by United States mail, postage prepaid, upon:

Tracy Burroughs Travers
15615 Birmingham Circle
Brandywine, MD 20613